LEONARD v. LOWE'S HOME CTRS.

No. 527P98

Case below: 131 N.C.App. 304

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

LIN v. LIN

No. 511P98

Case below: 128 N.C.App. 533

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 February 1999.

MITCHELL v. TAYLOR

No. 415P98

Case below: 130 N.C.App. 484

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 February 1999.

MORRIS v. COBLE

No. 515P98

Case below: 131 N.C.App. 554

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

MOSELEY v. BLYTHE EQUIP. CO.

No. 542P98

Case below: 131 N.C.App. 554

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.